

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-19-00299-CV

_____

THE STATE OF TEXAS, Appellant

V.

RG WILLIAMS FAMILY ENTERPRISES, LP, A TEXAS LIMITED
PARTNERSHIP, Appellee

On Appeal from Probate Court
Denton County, Texas
Trial Court No. PR-2016-00301

Before Gabriel, Kerr, and Birdwell, JJ.
Per Curiam Memorandum Opinion on Rehearing

## MEMORANDUM OPINION AND JUDGMENT ON REHEARING

We have considered appellant's "Unopposed Motion to Rehear, Set Aside Dismissal Order, and Remand Pursuant to Settlement." Because the parties have settled all matters in the appeal, it is the court's opinion that the motion should be granted. We withdraw this court's prior opinion and judgment of April 2, 2020. We set aside the trial court's judgment without regard to the merits and remand this case to the trial court to render judgment in accordance with the parties' agreement. *See* Tex. R. App. P. 42.1(a)(2)(B); *Innovative Office Sys., Inc. v. Johnson*, 911 S.W.2d 387, 388 (Tex. 1995).

Each party must bear its own costs of appeal. *See* Tex. R. App. P. 42.1(d), 43.4.

Per Curiam

Delivered: April 16, 2020